FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 11, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 1:21-CR-02022-SAB-1 |
|---|---|
| Plaintiff, | ORDER MODIFYING DEFENDANT'S CONDITIONS OF RELEASE |
| vs. | |
| JARED DAMACIO NUNEZ, | **ECF Nos. 34, 35** |
| Defendant. | |

Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 34) and Motion to Expedite (ECF No. 35). Defendant seeks termination of Special Condition No. 9 requiring home confinement and the substitution of a condition that imposes a curfew. Neither the United States nor the United States Probation/Pretrial Services Office oppose the Motion. Accordingly,

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 34**) and Motion to Expedite (**ECF No. 35**) are **GRANTED**.

ORDER - 1

1.	Special Condition No. 9 (**ECF No. 16**) is **STRICKEN** and **REPLACED** with the following condition:

Special Condition No. 9: <u>Curfew</u>: Defendant shall be restricted to Defendant's approved residence every day from 9:00 PM to 6:00 AM., unless additional time out is pre-approved by United States Probation/Pretrial Services.

2.	All other conditions of release shall remain in effect.

The District Court Executive shall enter this Order and provide copies to counsel and the supervising United States Probation Officer, **Arturo Santana**.

DATED January 11, 2022.

*s/James P. Hutton*
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 2