PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2022

SEAN F. McAVOY, CLERK

## United States District Court

### Eastern District of Washington

| | |
|---|---|
| **United States of America** | )<br>)<br>) |
| vs | )<br>) |
| **Jared Damacio Nunez** | ) |

Case No. 1:21CR02022-SAB-1

## CONSENT TO MODIFY CONDITIONS OF RELEASE

On July 26, 2021, Mr. Nunez appeared before the Honorable Mary K. Dimke, Unites States Magistrate Judge, for a detention hearing. He was subsequently released onto pretrial supervision with Special Condition 8 GPS Location Monitoring, and Special Condition 9 Home Confinement.

On January 11, 2022, an order modifying Mr. Nunez' conditions of release was entered. Special Condition 9 (ECF No. 16): Home Confinement; was stricken and replaced with Special Condition 9: Curfew.

On April 25, 2022, Mr. Nunez moved the Court for an order modifying his conditions of release to remove Special Conditions 8 and 9, which required him to participate in GPS monitoring and imposed a curfew. An order denying Mr. Nunez' motion was entered.

At this time, Mr. Nunez continues to be in total compliance with his release conditions. He is gainfully employed, has completed a substance abuse treatment program, and is working toward obtaining his general educational development (GED) certificate. The government has been contacted and they do not oppose this modification.

United States Probation Officer (USPO) Arturo Santana, respectfully requests Mr. Nunez' conditions be modified and Special Conditions 8 and 9 be stricken.

Jared Damacio Nunez has discussed with USPO Arturo Santana, and Defense Counsel Nick Mirr, the modification of his release as follows:

**Removal of the following Special Condition**:

8. GPS Location Monitoring: Defendant shall participate in a program of GPS location monitoring. Defendant shall wear, at all times, a GPS device under the supervision of United States Probation/Pretrial Services Office. In the event Defendant does not respond to GPS monitoring or cannot be found, the United States Probation/Pretrial Services Office shall notify the United States Marshals' Service, who shall immediately find, arrest, and detain Defendant. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office.

9. Home Confinement: Defendant shall be restricted, at all times, to Defendant's residence except for the following: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the United States Probation/Pretrial Services Office or Defendant's supervising officer, including but not limited to employment, religious services, and medical necessities.

I consent to this modification of my release conditions and agree to abide by this modification.

_Jared D Nuñez_  10/17/22        _[signature]_  10/17/2022
Signature of Defendant    Date    Pretrial Services/Probation Officer    Date

Jared Damacio Nunez            Arturo Santana

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                10/17/22
Signature of Defense Counsel        Date

Nick Mirr

[X]    The above modification of conditions of release is ordered, to be effective on October 19, 2022

[ ]    The above modification of conditions of release is <u>not</u> ordered.

_Alexander C. Ekstrom_            October 19, 2022
Signature of Judicial Officer        Date

The Honorable Alexander C. Ekstrom
United States Magistrate Judge